UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                            Case No.: 05-36498
DEBORAH LYNN KIND                 Chapter 7
                                                      Hon. Daniel S. Opperman

                                   Debtor(s).
_____/

**NOTICE OF DIVIDEND
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

       The attached check in the amount of $1.83 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Russell Collection Agency<br>PO Box 7009<br>Flint, MI 48507 | 6 | $1.83 |
| | Total | $1.83 |

Dated: 2/11/10

                                          /s/ Collene K. Corcoran, Trustee
                                          Collene K. Corcoran, Trustee
                                          PO Box 535
                                          Oxford, MI 48371
                                          (248) 969-9300
                                          ccorcoran@epiqtrustee.com